**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-4317**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TULAIN WONG, a/k/a Tuloaid Wong,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., District Judge. (CR-99-349)

———————

Submitted: September 29, 2000        Decided: October 19, 2000

———————

Before WILKINS, MICHAEL, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Louis C. Allen, III, Federal Public Defender, Eric D. Placke, Assistant Federal Public Defender, Greensboro, North Carolina, for Appellant. Walter C. Holton, Jr., United States Attorney, John W. Stone, Jr., Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Tulain Wong appeals the thirty-nine month sentence imposed by the district court following his plea of guilty to bank robbery, 18 U.S.C.A. § 2113(a) (West Supp. 2000). Wong contends that the district court erred in enhancing his offense level pursuant to U.S. Sentencing Guidelines Manual § 2B3.1(b)(2)(F) (1998) for making a threat of death. We find that the content of the note that Wong handed to the teller during the bank robbery is sufficient to support the enhancement under USSG § 2B3.1(b)(2)(F). See United States v. Franks, 183 F.3d 335, 338 (4th Cir. 1999). Wong's conviction and sentence are accordingly affirmed. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2